BERTHA LIUBOWSKY, as Administratrix of the Estate of HENRY LIUBOWSKY, Deceased, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 25491.)

Argued March 10, 1941; decided April 17, 1941.

*John J. Bennett, Jr., Attorney-General (James H. Glavin, Jr.,* and *Harold Greenstein* of counsel), for appellant.

*Samuel L. Greenberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.